04-CV-02311-ORD

FILED ___ LODGED
___ RECEIVED
NOV - 8 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AMANDA U. AJULUCHUKU, | NO. CV04-2311 RBL |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENDANT UNIVERSITY OF WASHINGTON'S MOTION FOR SUMMARY JUDGMENT |
| KELLY SERVICES & UNIVERSITY OF WASHINGTON, | |
| Defendants. | |

This matter having come before the above-entitled Court and the Court having reviewed the files and pleadings herein, heard the arguments of counsel, and having duly considered the merits of plaintiffs' case, as well as the following documents:

1. Defendant University of Washington's Motion for Summary Judgment;
2. Declaration of Suzanne Parisien and all attachments thereto; and,
3. Any responsive materials and attachments thereto filed by Plaintiff.

Now therefore IT IS ORDERED:

///
///

ORDER GRANTING DEFENDANT
UNIVERSITY OF WASHINGTON'S MOTION
FOR SUMMARY JUDGMENT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

1
2   That all of Plaintiffs' claims and causes of action against the University of Washington
3   are hereby dismissed with prejudice.
4   SO ORDERED this __8th__ day of ~~October~~ November, 2006.
5   _____
6   JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING DEFENDANT
UNIVERSITY OF WASHINGTON'S MOTION
FOR SUMMARY JUDGMENT

2